UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHAD THOMAS RICHMOND,  ) NO. CV 14-6812-AG (AGR)
        Petitioner, )
        ) JUDGMENT
   v. )
CONNIE GIBSON, Warden, )
        Respondent. )

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: July 30, 2017

                                 ANDREW J. GUILFORD
                                 United States District Judge